## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

KENNETTA P. WASHINGTON, §
§
        Plaintiff, §
§
v. §     Civil Action No. 3:17-CV-3382-B
§
BRINK'S, INC., §
§
        Defendant. §

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss for Failure to Prosecute*, filed April 27, 2018 (doc. 15), is **GRANTED.** By separate judgment, the plaintiff's claims against the defendant will be **DISMISSED with prejudice.**

**SIGNED** this 26th day of November, 2018.

 

 

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE